No. 02M64.  BEATY v. RYAN, ACTING DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS; and

No. 02M65.  MEHTA v. KONICA BUSINESS MACHINES USA INC. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 02–94.  OVERTON, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. v. BAZZETTA ET AL.  C. A. 6th Cir.  [Certiorari granted, 537 U. S. 1043.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–102.  LAWRENCE ET AL. v. TEXAS.  Ct. App. Tex., 14th Dist.  [Certiorari granted, 537 U. S. 1044.]  Motion of Center for Law and Justice International for leave to file a brief as *amicus curiae* granted.

No. 02–241.  GRUTTER v. BOLLINGER ET AL.  C. A. 6th Cir.  [Certiorari granted, 537 U. S. 1043.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.  Motion of Exxon Mobil Corp. for leave to file a brief as *amicus curiae* granted.  Motion of respondents Kimberly James et al. for enlargement of argument time and for divided argument, or in the alternative, for divided argument denied.

No. 02–516.  GRATZ ET AL. v. BOLLINGER ET AL.  C. A. 6th Cir.  [Certiorari granted, 537 U. S. 1044.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.  Motion of Exxon Mobil Corp. for leave to file a brief as *amicus curiae* granted.  Motion of respondents Ebony Patterson et al. for additional argument time and for divided argument, or in the alternative, for divided argument denied.

No. 02–634.  GREEN TREE FINANCIAL CORP., NKA CONSECO FINANCE CORP. v. BAZZLE ET AL., IN A REPRESENTATIVE CAPACITY ON BEHALF OF A CLASS AND FOR ALL OTHERS SIMILARLY SITUATED, ET AL.  Sup. Ct. S. C.  [Certiorari granted, 537 U. S. 1098.]  Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted.